RE: Olga C. Diaz                                    **PRO SE**         Case # 18-19020 RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

| | |
|---|---|
| ✓ Tax returns:  ~~Corp 2016-2017~~ | ___ Photo ID(s)    LF 90    LF67    LF10 |
| ___ Bank Account Statements    3 months pre-petition | ___ Domestic Support Info: name address and phone |
| | ✓ Affidavit of Rent or copy of Lease |
| | ___ Missing 2016(B) |
| ___ Check copy | ✓ Other provisions Income Verification Language |
| | ___ Plan does not fund |
| ✓ Explain W/D  acct #5579 8/9 $1500 | ___ Calculation errors/improper months |
| ___ FMV(NADA/Carmax), Reg and Payoff:Vehicles | ___ Valuation motion has not been filed |
| | ___ MMM motion not filed |
| ___ FMV and Payoff: Real Estate | ✓ Reaffirm, redeem or surrender Sch (D) & (G) creditor |
| | ___ Creditor paid through the Plan has not filed a POC |
| ___ Non homestead Information Sheet | ___ Priority debt on Sch E not in plan |
| ___ Wage deduction order or motion to waive | ___ Object or Conform to Proof of Claim |
| **BUSINESS DEBTOR DOCUMENTS** | ___ Miami-Dade County    ___ Tax Certificate(DE#___) |
| ✓ BDQ & attachments ✓ Profit & Loss ✓ Balance Sheet | ___ Dept of Revenue    ___ IRS |
| ✓ Bank statements and checks ✓ 3 months | |
| | ___ Other: |

| | |
|---|---|
| ___ Fee application (see court guideline 6) | ___ **Objection to Exemption (specifics to be filed)** |
| ___ Income understated ___ stubs ___ taxes | ___ To be heard with confirmation at 1:30 pm |
| ___ co-debtor ___ stubs ___ taxes | ✓ Ch 7 s/b **3935.** plus tax refund / valuations |
| ___ Spouse's pay advices/spouse's wages not disclosed | ___ Good faith to unsecured |
| ✓ Proof of household size (government ID w/ address) and income of all adults | ___ Expenses: documentation/calculation: CMI line |
| ___ Best effort < 36 months < 60 months | |
| ___ Expenses objectionable: Sch J ☐ Provide Proof | ___ CMI/DI ___ x 60 = ___ |
| ___ D/I  > 100%   < 90%   Feasibility | ☐ Plus income/expenses issues ☐ Trustee est. $___ |
| ___ Info on transfer SOFA ___ undisclosed | ___ Undervalued collateral should be crammed down |
| ___ Tolling Agreement(s) | |

Other: _____

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* \*\*The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. *The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on_____SEP 2 8 2018_____to avoid dismissal**

**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027